# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2009

137027

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PATRICIA A. RABOCZKAY and
STEVEN RABOCZKAY,
         Plaintiffs-Appellants,

v

                                     SC: 137027
                                     COA: 277772
                                     Wayne CC: 05-514388-NO

CITY OF TAYLOR,
         Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2009

_____
Clerk

p0311